IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| | : | |
| Nikolaos Serevetas | : | Chapter 13 |
| | : | Case No.: 23-11837-MDC |
| Debtor | : | |

## MOTION TO MODIFY PLAN AFTER CONFIRMATION

Nikolaos Serevetas (the "Debtor"), by and through their undersigned counsel, hereby move to modify their Chapter 13 Plan and in support thereof aver as follows:

1. The Debtor filed a Chapter 13 Bankruptcy on or about June 23, 2024 (the "Petition Date").

2. The Chapter 13 Plan was confirmed by this Honorable Court on or about February 08, 2024.

3. On March 20, 2024, Sallie Mae Bank filed a claim in the Debtor's case in the amount of $11,210.28 (POC #8-1).

4. Debtor's confirmed plan pays 100% to timely filed Creditor's claims.

5. POC #8-1 is an Educational Loan that will be treated outside the bankruptcy plan.

6. Accordingly, the Debtor is filing the instant Motion to Modify their Chapter 13 plan to address this claim.

7. The Debtor has paid $6,060.00 to the Chapter 13 Trustee to date.

8. The Modified Chapter 13 Plan will provide for plan payments in the amount of $781.00 per month for 51 months for a new base amount of $45,891.00 (see "Exhibit A").

WHEREFORE, Debtor, by the undersigned counsel, respectfully requests this Honorable Court to enter an Order Modifying the Chapter 13 Plan.

Dated: March 26, 2024                    /s/Brad J. Sadek, Esq
                                                                                     Brad J. Sadek, Esq.
                                                                                     Attorney for Debtor(s)
                                                                                     Sadek Law Offices
                                                                                     2 Penn Center
                                                                                     1500 JFK Boulevard, Suite 220
                                                                                     Philadelphia, PA 19102
                                                                                     215-545-0008
                                                                                     brad@sadeklaw.com